**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN O. FERRER-DELGADO, | Case No. 5:26-cv-02268-JFW-PD |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | **A# 207-355-359** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). The objections period was eliminated. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Amended Petition is granted under due process, and the remaining claim is dismissed without prejudice.

The Court ORDERS the following:

Respondents shall release Petitioner Alan Omar Ferrer-Delgado (A# 207-355-359) from immigration custody within 24 hours of this Order on the same conditions of release that existed before his re-detention.

Further, Respondents shall file a status report within three days of this Order confirming Petitioner has been released.

DATED:  July 13, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2