JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN O. FERRER-DELGADO, | Case No. 5:26-cv-02268-JFW-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | **A# 207-355-359** |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Amended Petition is granted in part. The claim under due process is granted and the remaining claim is dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: July 13, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE